MINUTE ENTRY
AFRICK, J.
September 9, 2011
JS-10 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERESA AUGUSTINE** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-3289** |
| **TEXAS ROADHOUSE, INC., ET AL.** | **SECTION: I** |

  A status conference concerning the above-captioned case was held on September 9, 2011 with counsel participating on behalf of plaintiff, Teresa Augustine, and with counsel participating on behalf of defendant, Texas Roadhouse Holdings, L.L.C. The Court was advised that plaintiff's claims do not exceed $75,000, exclusive of interest and costs, and that plaintiff will not execute on any judgment that may be awarded in excess of $75,000. The Court was further advised that the parties agreed that the matter should be remanded to state court.

  Accordingly,

  **IT IS ORDERED** that the above-captioned case be **REMANDED** to the 22nd Judicial District Court of the Parish of St. Tammany based upon the consent of the parties and due to plaintiff's stipulation that her claims do not exceed $75,000, exclusive of interest and costs, and that plaintiff will not execute on any judgment that may be awarded in excess of $75,000, exclusive of interest and costs.

  New Orleans, Louisiana, September 12th, 2011.

                       LANCE M. AFRICK
                       UNITED STATES DISTRICT JUDGE